

# Fourth Court of Appeals
## San Antonio, Texas

September 22, 2014

No. 04-14-00415-CV

Milton B. **RUSSELL**,
Appellant

v.

**CPS ENERGY**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16913
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant's brief was due on August 18, 2014. *See* TEX. R. APP. P. 38.6(a). On August 27, 2014, this court notified Appellant the brief had not been filed and directed Appellant to respond by September 8. 2014. To date, Appellant has not filed a brief or a motion for extension of time.

We ORDER Appellant to show cause in writing within TEN DAYS from the date of this order why this appeal should not be dismissed for want of prosecution. *See id.* R. 38.8(a). If Appellant fails to respond as ordered, this appeal will be dismissed. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of September, 2014.

_____
Keith E. Hottle
Clerk of Court